1   Timothy E. Warriner
    Attorney at Law
2   813 6th St., Suite 450
    Sacramento, CA 95814
3   (916) 443-7141

4   Attorney for defendant,
    MARIO OCHOA
5

6

                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,        )    No. CR. S-06-0314 FCD
                                     )
10             Plaintiff,            )    STIPULATION AND ORDER
                                     )    CONTINUING MOTION TO
11                                   )    REDUCE SENTENCE
                                     )
12  MARIO OCHOA,                     )
                                     )
13             Defendant.            )
    ─────────────────────────────────)
14
    The parties hereby stipulate to the following:
15
        1.   The hearing date for the defendant's motion to reduce sentence pursuant to 18 U.S.C.
16
             § 3582( c)(2) is now on calendar for August 17, 2009 at 10:00 a.m.
17
        2.   Additional time is needed by defense counsel in order to communicate with the client,
18
             and for the government to file an opposition to the motion.  Both parties agree that a
19
             continuance is needed for counsel to prepare, and to confer with the client.
20
             Therefore, the parties agree to continue the motion date to **November 2, 2009 at
21
             10:00 a.m.**
22

23
    DATED: August 13, 2009        /s/ Tim Warriner, Attorney for
24                                Defendant MARIO OCHOA

25
    DATED: August 13, 2009        /s/ Mary Grad
26                                Assistant U.S. Attorney

27

28

1

2

3 **<u>ORDER</u>**

4      GOOD CAUSE APPEARING, it is hereby ordered that the motion to reduce sentence set

5 for August 17, 2009 be continued to November 2, 2009 at 10:00 a.m.

6

7 DATED: August 13, 2009

8                                                    _____

9                                                    FRANK C. DAMRELL, JR.
                                                     UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28